

NEW YORK:

45 Broadway
19th Floor
New York, NY 10006

T 212.221.6900
F 212.221.6989
Morais.M@wssllp.com

January 21, 2015

**VIA ECF AND REGULAR MAIL**
The Honorable Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 605N
Brooklyn, New York 11201

> Re:   Matter:   Hayde v. Atlantic Automobile Group, Inc. Millennium
> Hyundai, John Staluppi and John Barbaro
> Docket No.:   13-CV-4877
> Our File No.:   03003.13224

Dear Magistrate Judge Azrack:

    This firm represents Defendants Atlantic Automobile Group, Inc. Millennium Hyundai, John Staluppi and John Barbaro in the above-referenced matter. This matter has been settled between the parties. The terms of the Settlement Agreement contain a provision for confidentiality. However, after the parties agreed to a confidential settlement we received an Order requiring that the Settlement Agreement be filed on ECF, and which stated that the Settlement Agreement may not remain confidential.

    We have contacted Plaintiff's counsel and obtained consent to have the Settlement Agreement be inspected and approved by the Court in an *in camera* proceeding. The parties are amenable to filing the Settlement Agreement on ECF, but respectfully request that the monetary figures in the Settlement Agreement be redacted.

    Thank you for your consideration of our request. If you have any questions, please contact the undersigned.

                          Very truly yours,

                           /s/ Dianna D. McCarthy
                           Dianna D. McCarthy

cc:   Russell S Moriarty, Esq.
      Levine & Blit, PLLC
      *Attorneys for Plaintiff*

www.WSSLLP.com

NEW JERSEY:
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311
T 201.633.3630

CONNECTICUT:
177 Broad Street
5th Floor
Stamford, CT 06901
T 203.328.1200

FLORIDA:
20801 Biscayne Boulevard
4th Floor
Miami, FL 33180
T 786.923.5911

CALIFORNIA:
1801 Century Park East
Suite 2400
Los Angeles, CA 90067
T 310.836.4800