## <u>CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE</u>

BEFORE: JUDGE JOAN M. AZRACK          (CI)
DATE: 6/4/2015          TIME:  2:45 PM          TIME IN COURT: 15 minutes

CASE:  **CV 13-4877 (JMA) (AKT)** Hayde v. Atlantic Automobile Group, Inc. et al

APPEARANCES:          Plaintiff: Russell Moriarty

                              Defendant: Heidi Gootnick

FTR:

☒          Case Called.

☒          Counsel for all sides present.

☐          Briefing schedule set.  Moving papers served by:    Response:   Reply:

☐          Next conference scheduled on

☐          Case to be referred to the Magistrate Judge for

☐          Jury selection and trial scheduled for

☒          Other: Parties to file stipulation or letter by 6/9/2015.