UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x   Civil Action No.: 13-CV-4877
DARESE HAYDE,

                Plaintiff,

     - against-   **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

ATLANTIC AUTOMOBILE GROUP, INC.,
MILLENIUM HYUNDAI,
JOHN STALUPPI, *individually*, and
JOHN BARBARO, *individually*.

                Defendants.
-------------------------------------------------------------- x

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 18 2015 ★

LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and/or their respective counsel, that the above-captioned action is voluntarily dismissed in its entirety, with prejudice and without costs to either party, pursuant to the Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| LEVINE & BLIT, PLLC<br>*Attorneys for Plaintiff*<br><br>By: _/s/_<br>Russell S Moriarty, Esq. (RM-0224)<br>Empire State Building<br>350 Fifth Avenue - 36th Floor<br>New York, New York 10118<br>(212) 967-3000 | WINGET, SPADAFORA &<br>SCHWARTZBERG, LLP<br>*Attorneys for Defendants*<br><br>By:_/s/ Dianna D. McCarthy<br>Dianna D. McCarthy, Esq. (DDM-5999)<br>45 Broadway, 19th Floor<br>New York, NY 10006<br>(212) 221-6900 |

Case closed.
So ordered.
S/ Joan M. Azrack
_____
Joan M. Azrack USDJ   6/18/15